## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09cv228

| | |
|---|---|
| JEMIKI PROPERTIES, LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PREMIER REALTY MANAGEMENT, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on review of the docket for compliance with the Local Civil Rules and the instructions of the Clerk of this Court. On September 8, 2009, the Clerk of this court advised as follows:

> NOTICE pursuant to Local Rule 16.1 you are required to conduct an Initial Attorney's Conference. At the conference, the parties are required to discuss the issue of consent to jurisdiction of a magistrate judge in accordance with Local Rules 16.1(A) and 73.1(C). The Certificate of Initial Attorneys Conference should be filed within 5 days of the conference. If appropriate, a party may file a Motion to Stay the Initial Attorney's Conference. (jhg) (Entered: 09/08/2009)

This notice has gone unheeded. Local Civil Rule 16.1 requires the IAC to be conducted within 14 days of joinder of issues on September 8, 2009, and that the CIAC be filed with the court within 5 days of such conference. At the latest, the CIAC was due to be filed September 28, 2009. More than a week has passed since such deadline ran, and no CIAC has been filed. Counsel shall immediately bring this action into compliance with the Local Civil Rules.

## ORDER

**IT IS, THEREFORE, ORDERED** that counsel for the respective parties file the CIAC and a proposed Pretrial Order not later than the close of business on Friday, October 9, 2009.

Signed: October 6, 2009

Dennis L. Howell
United States Magistrate Judge