# United States District Court
## For The Western District of North Carolina
## Asheville Division

Jemiki Properties, LLP ,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                              1:09-cv-228

Premier Realty Management, LLC ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Plaintiff's Notice of Acceptance with Offer of Judgment in the sum of $351,000.00 tendered by defendant together with costs accrued at the time said offer was filed.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered.

                                             Signed: April 1, 2010

                                             Frank G. Johns, Clerk
                                             United States District Court